IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOROTHY HOGAN**, | : | CIVIL ACTION NO. 1:08-CV-2207 |
| Plaintiff | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **LINCOLN GENERAL INSURANCE COMPANY**, | : | |
| | : | |
| Defendant | : | |

# **O R D E R**

AND NOW, this 1st day of April, 2009, upon consideration of plaintiff's unopposed motion (Doc. 14) to approve settlement, the accompanying and fully executed settlement agreement and release, and all other papers and proceedings herein, it is hereby ORDERED that:

1. The approval motion is GRANTED and the accompanying settlement agreement and release is APPROVED as a fair and reasonable resolution of this action under Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. §216(b); and

2. This action shall be DISMISSED WITH PREJUDICE AS SETTLED.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge